JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MOYNAHAN,<br><br>        Plaintiff,<br><br>    v.<br>ORIENT-EXPRESS HOTELS, LTD<br>and VENICE SIMPLON ORIENT<br>EXPRESS, LTD.<br>        Defendants. | Case No. CV 08-7325 DSF (JCx)<br><br>DISMISSAL FOR LACK OF SUBJECT MATTER JURISDICTION |

_____

The Court having previously issued an Order to Show Cause re Dismissal, Plaintiff having not responded by the date specified, and the Court having concluded that it lacks subject matter jurisdiction,

IT IS ORDERED AND ADJUDGED that the Plaintiffs take nothing, and that the action be dismissed without prejudice.

DATED:   January 12, 2009

_____
DALE S. FISCHER
United States District Judge